FILED

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA   2017 JUN -7 PM 2:42

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

WAYNETTA SOMERVILLE,

   Plaintiff,

-vs-    Case No: 6:17-CV-1029-ORL-31-KRS

SYNCHRONY BANK DBA MATTRESS FIRM,

   Defendant.

# COMPLAINT

### I. JURISDICTION

(1) Jurisdiction of this court is predicated under 28 U.S.C 1331. This court maintains jurisdiction over Plaintiffs supplemental claims pursuant to 28 U.S.C. 1367(a).

### II. PARTIES

(2) Plaintiff Waynetta Somerville is a natural person currently residing in the Commonwealth of Virginia, City of Norfolk. Plaintiffs mailing address is Waynetta Somerville, 413 W 29th Street, Norfolk, Virginia 23503.

(3) Defendant Synchrony Bank, Inc, is a Creditor and does business in the Middle District of Florida. Defendants corporate address is PO Box 960061, Orlando, Florida 32896.

### III. VENUE

(4) Venue is proper in the Middle District of Florida, as Defendant is incorporated there and defendant does business there. Further many of the acts and transactions described in this complaint occurred in the Middle District of Florida.

## IV. STATEMENT OF CLAIM

(5) Beginning in 2016 and continuing to present Plaintiff noticed significant error on her credit report. Specifically, Plaintiff took issue with the any amount being reported at all as she had paid her bill in full and had no further relationship with Defendant.

(6) Beginning in 2016 and continuing until April 2017, Plaintiff disputed her account directly with Defendant utilizing the Dispute resolution services offered by Equifax, TransUnion and Experian, challenging the manner and information and which her accounts were being reported and Credit Reports furnished, further providing proof that she never incurred this debt.

(7) Despite being aware of Plaintiffs disputes as to the accuracy of the information being reported to the credit bureaus, and having knowledge of the fact that Plaintiff owed Defendant no monies, Defendant continued to report inaccuracies to the credit bureaus and continued to attempt to collect on a debt that it had direct knowledge that Plaintiff was never responsible for.

(8) Despite having been repeatedly notified of Plaintiffs bona fide dispute, Defendants refused to report to the credit bureaus that this account was paid in full and in a timely fashion and thus any reports to the contrary were fraudulent in violation of 15 U.S.C. 1681s-2(b) and 15 U.S.C. 1692k.

## VIOLATIONS OF FAIR CREDIT REPORTING ACT AND FEDERAL DEBT COLLECTIONS PRACTICES ACT

(9) Defendants actions as described herein constitute violations of 15 U.S.C. 1681s-2(b) as they received notice of dispute from a credit reporting agency and failed to conduct an adequate and truthful investigation.

(10) After receiving the dispute and reporting its alleged results, Defendants failed to report the facts that said debt was disputed in violation of 15 U.S.C 1681s-2(b) and 15 U.S.C. 1692k as they willfully and with knowledge thereof reported information it knew or should have knew to be false in connection with Plaintiffs accounts.

(11) Despite receiving numerous notices and disputes from the Plaintiff regarding the inaccuracies and falsehoods contained within her credit report, defendant prepared and published to third-parties, including potential lenders and landlords, multiple inaccurate consumer reports about the Plaintiff which contained false information.

(12) Defendants actions caused Plaintiff to suffer embarrassment, mental anxiety, emotional suffering, worry, humiliation, and mental distress

## LIBEL AND DEFAMATION

(13) Defendants Published false information about Plaintiffs accounts each time her credit report was accessed which was the intended purpose of the Defendant.

(14) This publication was done maliciously, without privilege, and with the intent to injure the Plaintiff.

(15) As a consequence of Defendants actions, Plaintiff has suffered distress, loss of credit, and been chilled from seeking any additional credit and has suffered and continues to suffer ongoing economic damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that Judgement be entered against the defendant for the following:

    A) Actual Damages

    B) Statutory Damages

(C) Costs and Reasonable Fees

(D) Punitive Damages

(E) For Such other relief this court deems fair, equitable and appropriate.

**EXECUTED UNDER PENALTY OF PERJURY**

_____

Waynetta Somerville

413 W 29th Street

Norfolk, VA 23503

somervillethidbee@gmail.com

**JURY DEMAND**